## No. 14.

### RICHMOND *against* MILTON.  *Chittenden,* 1818.

IN this case the Court decided, that all pleas on motions, founded on the irregularity of the proceedings, should be first tried as dilatory pleas are, in other cases, and the *merits* of the case, on the issue, whether duly or unduly removed, involving the question, where the pauper was last legally settled, might be tried by *Jury trial.*

## No. 15.

### TOWN OF WASHINGTON *against* RISING.  *Orange,* 1818.

IN Error. . In this case the Court decided, that overseers of the poor might, as agents for their town, make contracts for the support of the poor of their town, so as to bind to the fulfilment of such contract ; and that, where there are three overseers and one was requested, by another, to take charge of a particular pauper, his contract for the support of *such* pauper, was binding on the town.